IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK M. BESHENICH, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 03-0184 |
| GATEWAY CLIPPER, INC., | ) ) ) |
| Defendant. | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

AND NOW come plaintiff, Frank M. Beshenich, Jr., and defendant, Gateway Clipper, Inc., by and through their respective undersigned counsel, and hereby stipulate and agree to the dismissal of this action, and to the dismissal of all claims filed herein, with prejudice.

THE MOSCHETTA LAW FIRM, P.C.

By _____
Stephen P. Moschetta, Esquire
Pa.I.D. No. 81495

Court Square Building
28 West Cherry Avenue
Washington, PA 15301
(724) 225-3060

Attorneys for Plaintiff,
Frank M. Beshenich, Jr.

HEINTZMAN, WARREN,
WISE & FORNELLA, P.C.

By _____
Leonard Fornella, Esquire
Pa. I.D. No. 27921
fornella@hwwlaw.com

The 35th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 394-7810
(412) 263-5222 (Facsimile)

Attorneys for Defendant,
Gateway Clipper, Inc.

## ORDER OF COURT

AND NOW, to wit, this 27th day of October, 2005, the Stipulation for Dismissal with Prejudice is hereby approved, and it is so ORDERED.

_____
UNITED STATES DISTRICT JUDGE